# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIELLE SCOTT,
                    Appellant,
        vs.
NLV REALTY & MANAGMENT
COMPANY,
                    Respondent.

No. 76125

FILED

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an appeal from a justice court eviction proceeding. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-28780

cc:    Hon. Ronald J. Israel, District Judge
       Danielle Scott
       Edward D. Kania
       Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A